UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. No. 05-447 (HHK) |
| | ) |
| LUIS A. CARRILLO-RODRIGUEZ | ) |

**NOTICE OF APPEARANCE**

_____Will the Clerk of the Court please enter the appearance of the undersigned as counsel for the defendant. Designation CJA Appointment.

Dated: January 6, 2006

Respectfully submitted,

_____/s/_____
Joseph R. Conte, Bar #366827
400 Seventh St., N.W., #400
Washington, D.C. 20004
Phone:      202.638.4100
Fax:           202.628.0249
E-mail       jrc1113@msn.com