# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

1103108

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-447 | MAGIS. NO: |
| v.<br><br>LUIS A. CARRILLO-RODRIGUEZ | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Luis Alberto Carrillo-Rodriguez | |
| DOB:   PDID: | **FILED**<br>JAN 0 5 2006 | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

POSSESSION OF FRAUDULENT DOCUMENTS PRESCRIBED FRO AUTHORIZED STAY OR EMPLOYMENT IN THE UNITED STATES;

AGGRAVATED IDENTITY THEFT

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:

18:1546(a); and 18:1028A(a)(1)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE JUDGE/MAGISTRATE JUDGE<br>U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED:<br>12/15/05 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>12/15/05 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 12/15/05 | NAME AND TITLE OF ARRESTING OFFICER<br>Reporting<br>Fitzgerald, Derrick DUSM | SIGNATURE OF ARRESTING OFFICER<br>Reporting |
|---|---|---|
| DATE EXECUTED 01/05/06 | | |
| HIDTA CASE: Yes   No X | | OCDETF CASE:   Yes   No X |