CO-526
(12/86)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )
Luis Carrillo-Rodriguez )      Criminal No. 05-447 (HHK)
)
)      FILED
)
)      FEB 2 - 2006
)      CLERK, U.S. DISTRICT COURT
            WAIVER OF TRIAL BY JURY         DISTRICT OF COLUMBIA

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Luis Alberto Carrillo Rodriguez_
Defendant

_[signature]_
Counsel for defendant

I consent:

_[signature]_
Assistant United States Attorney

Approved:

_[signature]_
Judge Henry H. Kennedy, Jr.
United States District Court