UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 05-447 (HHK) |
| : | **FILED** |
| LUIS A. CARRILLO-RODRIGUEZ, : | FEB 2 - 2006 |
| Defendant. : | NANCY MAYER WHITTINGTON, CLERK |
| : | U.S. DISTRICT COURT |

### FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Luis A. Carrillo-Rodriguez, hereby submit this Factual Proffer in Support of Guilty Plea. The essential elements of the offense of Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States, in violation of 18 U.S.C. § 1546(a), each of which the Government must prove beyond a reasonable doubt, are:

(1) That Defendant possessed any immigrant or nonimmigrant visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States; and

(2) That at the time he possessed such document(s), Defendant knew that they had been forged, counterfeited, altered, or falsely made, or had been procured by means of any false claim or statement, or had been otherwise procured by fraud or unlawfully obtained.

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that Defendant Carrillo-Rodriguez is a Mexican national who entered, and is

present in, the United States illegally. On November 1, 2005, at approximately 6:20 p.m., an officer of the Metropolitan Police Department received a drug complaint regarding the 1700 block of Columbia Road, N.W., in Washington, D.C. A lookout was broadcast for a Hispanic male wearing a royal blue Detroit jersey. Upon arriving on the scene, the officer saw Defendant Carrillo-Rodriguez, who matched that description, walking in the 1600 block of Columbia Road, N.W., and conducted an investigatory stop. During the stop, the officer smelled a strong odor of marijuana emanating from Defendant Carrillo-Rodriguez and saw a clear ziplock bag of green weed on the ground about two feet behind him.

The officer then searched Defendant Carrillo-Rodriguez and found the following items in Defendant Carrillo-Rodriguez's pants pocket:

(1) an envelope bearing the name Angel Moreno and the date July 15, 1965, containing a Social Security card and a Resident Alien card in the name of Angel Moreno, Social Security number \*\*\*-\*\*-1573, date of birth July 15, 1965, alien number A096 781 570, and a photograph of a person purporting to be Angel Moreno;

(2) an envelope bearing the name Veronica Espana and the date September 15, 1982, containing a Social Security card and a Resident Alien card in the name of Veronica Espana, Social Security number \*\*\*-\*\*-8531, date of birth September 15, 1962, alien number A096 781 572, and a photograph of a person purporting to be Veronica Espana;

(3) an envelope bearing the name Judith Alas and the date July 30, 1968, containing a Social Security card and a Resident Alien card in the name of

    Judith Alas, Social Security number \*\*\*-\*\*-2468, date of birth July 30, 1968, alien number A096 781 571, and a photograph of a person purporting to be Judith Alas; and

(4)  an envelope bearing the name Armando Villatoro and the date May 4, 1979, containing a Social Security card and a Permanent Resident card in the name of Armando Villatoro, Social Security number \*\*\*-\*\*-3517, date of birth May 4, 1979, INS number A092 574 753, and photographs of a person purporting to be Armando Villatoro.

In addition, the officer found the following papers on Defendant Carrillo-Rodriguez's person: (1) a scrap of paper bearing the name, birth date, and Social Security number of a Moussi Sacko, together with a man's photograph; (2) an envelope bearing the name Visente Romero and the date March 4, 1974, containing two photographs of another man; and (3) an envelope bearing the name Miguel A. Medina and the date January 22, 1970, containing two photographs of yet another man. All of the envelopes were further marked with the name "Luis."

  The Social Security, Resident Alien, and Permanent Alien cards in Defendant Carrillo-Rodriguez's possession were fake. According to the Social Security Administration, the Social Security number on the card purportedly issued to Armando Villatoro belongs to a real person, but not to Armando Villatoro. The Social Security numbers on the cards purportedly issued to Angel Moreno, Veronica Espana, and Judith Alas are invalid. Similarly, the INS number on the Permanent Resident card purportedly issued to Armando Villatoro belongs to a real person, but not to Armando Villatoro. The alien numbers on the cards purportedly issued to Angel Moreno, Veronica Espana, and Judith Alas are invalid. Real Social Security, Resident Alien, and Permanent Alien cards are

documents prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States. Defendant Carrillo-Rodriguez admits that he knowingly and willfully possessed the fake Social Security, Resident Alien, and Permanent Alien cards described above and that he had no authority to possess them.

This factual proffer is a summary of Defendant Carrillo-Rodriguez's participation in the offense of Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States, and is not intended to be a complete accounting of all facts and events related to the offense. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support Defendant Carrillo-Rodriguez's guilty plea in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

JESSIE K. LIU
Assistant United States Attorney
D.C. Bar No. 472845
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4649
Washington, D.C. 20530
202-514-7549

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Joseph R. Conte, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 2/2/06

Luis Alberto Carrillo Rodriguez
LUIS A. CARRILLO-RODRIGUEZ
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 2/2/06

JOSEPH R. CONTE, ESQUIRE
Attorney for Defendant