HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>05-CR-447</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| CARRILLO-RODRIGUEZ, Luis | : | Disclosure Date: <u>April 25, 2006</u> |

**FILED**
JUN 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
    (✓)  There are no material/factual inaccuracies therein.
    (  )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     5/8/06
Prosecuting Attorney                                          Date

#### For the Defendant

(CHECK APPROPRIATE BOX)
    (  )  There are no material/factual inaccuracies therein.
    (  )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

| Defendant | Date | Defense Counsel | Date |
|---|---|---|---|

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **May 09, 2006**, to U.S. Probation Officer **Valencia Fletcher**, telephone number **(202) 565-1365**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
       United States Probation Officer